IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 28 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| D.K., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CV-025-Z |
| | § | |
| TAD PSHIGODA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs' Motion to Proceed Under Pseudonym and Brief in Support ("Motion") (ECF No. 5), filed on February 21, 2023. Having considered the Motion, the Court **GRANTS** the Motion. *See* FED. R. CIV. P. 5.2(a)(2) (requiring redaction of a minor's name); *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981) (permitting party anonymity where prosecution of the case compels plaintiff to disclose information of "utmost intimacy"); *Doe v. CoreCivic, Inc*, No. 4:20-CV-01828, 2020 WL 3640058, at *2 (S.D. Tex. July 6, 2020) (a sexual assault case by its "very nature involves matters of the utmost privacy and intimacy"); *T.S. by & through P.O. v. Burke Found.*, No. 1:19-CV-809-RP, 2019 WL 12251945, at *2 (W.D. Tex. Oct. 2, 2019) (allowing minor's next friend to proceed pseudonymously).

Accordingly, the Court **ORDERS** that parties are required to use pseudonyms D.K. and B.C. as set forth in the Complaint and to redact all personal identifying information regarding Plaintiff and B.C. from documents submitted to the Court. Defendants are further **ORDERED** not to publicly disclose Plaintiff or B.C.'s names or personal identifying information.

**SO ORDERED**.

February 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE