**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| D.K., Individually and as Next Friend of B.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CAUSE NO. 2:23-CV-00025 |
| | ) | |
| ███████, M.S., J.C., RAGAN | ) | |
| WATSON, Individually and in his Official | ) | |
| Capacity as a Coach of Perryton Independent | ) | |
| School District, and PERRYTON | ) | |
| INDEPENDENT SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ███████'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW Defendant ███████, (hereinafter "N.G."), a Defendant herein, and files this Original Answer in response to Plaintiffs' Original Complaint. All allegations of the Complaint not hereinafter specifically admitted are denied.

1.     Defendant's pleading to any crime occurred when he was a minor and will be sealed and not a matter of public record; therefore defendant denies.  Defendant denies the remainder of paragraph 1.

2.     Defendant is without knowledge to affirm or deny the factual averments in paragraph 2; therefore, Defendant denies.

3.     Defendant denies paragraph 3.

4.     Defendant denies paragraph 4.

5.     Defendant is not required to affirm or deny paragraph 5, but insofar as Defendant may be required to, Defendant denies.

6.    Defendant is not required to affirm or deny paragraph 6, but insofar as Defendant may be required to, Defendant denies.

7.    Defendant is not required to affirm or deny paragraph 7, but insofar as Defendant may be required to, Defendant denies.

8.    Defendant is not required to affirm or deny paragraph 8, but insofar as Defendant may be required to, Defendant denies.

9.    Defendant is without knowledge to affirm or deny the factual averments in paragraph 9; therefore, Defendant denies.

10.    Defendant was a minor during all relevant time periods, and "N.G." should be used for Defendant's name and Defendant's name should be redacted throughout the complaint and in all future filings with the Court. Defendant admits that he is a Texas citizen and denies the remainder of paragraph 10.

11.    Defendant is without knowledge to affirm or deny the factual averments in paragraph 11; therefore, Defendant denies.

12.    Defendant is without knowledge to affirm or deny the factual averments in paragraph 12; therefore, Defendant denies.

13.    Defendant is without knowledge to affirm or deny the factual averments in paragraph 13; therefore, Defendant denies.

14.    Defendant is without knowledge to affirm or deny the factual averments in paragraph 14; therefore, Defendant denies.

15.    Defendant denies paragraph 15.

16.    Defendant is without knowledge to affirm or deny the factual averments in paragraph 16; therefore, Defendant denies.

17.     Defendant admits that B.C. played varsity and junior varsity basketball. Defendant is without knowledge to affirm or deny the remainder of paragraph 17; therefore, Defendant denies the remainder of paragraph 17.

18.     Defendant denies paragraph 18.

19.     Defendant denies paragraph 19.

20.     Defendant denies that any sexual assault took place.  Defendant is without knowledge to affirm or deny the remainder of paragraph 20; therefore, Defendant denies the remainder of paragraph 20.

21.     Defendant denies paragraph 21.

22.     Defendant denies paragraph 22.

23.     Defendant denies any sexual assault took place.  Defendant admits that videos of the alleged assault were shown to students and others by both D.K. and B.C.  Defendant is without knowledge to affirm or deny the remainder of Paragraph 23; therefore, Defendant denies.

24.     Defendant admits that the three videos were shown to people by D.K. and B.C. and denies the remainder of paragraph 24.

25.      Defendant denies any sexual assault took place.  Defendant is without knowledge to affirm or deny the remainder of paragraph 25; therefore, Defendant denies the remainder of paragraph 25.

26.     Defendant denies any sexual assault took place.  Defendant is without knowledge to affirm or deny the remainder of paragraph 26; therefore Defendant denies the remainder of paragraph 26.

27.     Defendant denies that B.C.'s parents were afraid of fallout and B.C. and D.K. showed people the videos and made accusations against Defendant before this lawsuit was filed. Defendant denies the remainder of paragraph 27.

28.     Defendant denies paragraph 28, and asserts that N.G.'s father should be referred to as 'F.G' to protect Defendant's identity, as Defendant was a minor at all relevant times.

29.     Defendant admits that B.C.'s father indicated he had engaged in horseplay far worse than the events on which this suit is based.  Defendant denies the remainder of paragraph 29.

30.     Defendant denies paragraph 30, and asserts that "teammate [redacted]" was or is a minor during the relevant time period, and his name should be redacted and he should be referred to as a pseudonym to protect this minor's identity.

31.     Defendant denies paragraph 31.

32.     Defendant is without knowledge to affirm or deny paragraph 32, further, paragraph 32 contains legal conclusions that Defendant is not required to affirm or deny; therefore, Defendant denies paragraph 32.

33.     Defendant is without knowledge to affirm or deny paragraph 33, therefore Defendant denies Paragraph 33.

34.     Defendant is without knowledge to affirm or deny; therefore, Defendant denies paragraph 34.

35.     Defendant is without knowledge to affirm or deny; therefore, Defendant denies paragraph 35.

36.     Defendant objects as any purported conviction occurred when Defendant was a minor and will be sealed and not be a part of any public record.  Defendant objects as the events

on which this suit is based all occurred when Defendant was a minor and Defendant's name should be redacted and Defendant referred to by the pseudonym "N.G." Defendant is without knowledge to affirm or deny the remainder of paragraph 36; therefore Defendant denies paragraph 36.

37.    Defendant is without knowledge to affirm or deny; therefore, Defendant denies paragraph 37.

38.    Defendant is without knowledge to affirm or deny; therefore, Defendant denies paragraph 38.

39.    Defendant objects as such purported punishment to Defendant took place while he was a minor and should not be made part of a public record, and Defendant's name should be redacted and Defendant referred to by the pseudonym "N.G."  Defendant is without knowledge to affirm or deny; therefore Defendant denies paragraph 39.

40.    Defendant denies paragraph 40.

41.    Defendant is without knowledge to affirm or deny paragraph 41; therefore, Defendant denies paragraph 41.

42.    Defendant is without knowledge to affirm or deny paragraph 42; therefore, Defendant denies paragraph 42.

43.    Defendant is without knowledge to affirm or deny paragraph 43; therefore, Defendant denies paragraph 43.

44.    Defendant is without knowledge to affirm or deny paragraph 44; therefore, Defendant denies paragraph 44.

45.    Defendant is without knowledge to affirm or deny paragraph 45; therefore, Defendant denies paragraph 45.

46.     Defendant is without knowledge to affirm or deny paragraph 46; therefore, Defendant denies paragraph 46.

47.     Defendant denies paragraph 47.

48.     Defendant is without knowledge to affirm or deny paragraph 48; therefore, Defendant denies paragraph 48.

49.     Defendant denies paragraph 49.

50.     Defendant denies any assault took place, but admits that Defendant has received awards for his good character.

51.     Defendant admits paragraph 51.

52.     Defendant admits paragraph 52.

53.     Defendant is without knowledge to admit or deny; therefore, Defendant denies paragraph 53.

54.     Defendant denies paragraph 54.

55.     Defendant denies paragraph 55.

56.     Defendant denies paragraph 56.

57.     Defendant is without knowledge to affirm or deny paragraph 57; therefore, Defendant denies paragraph 57.

58.     Defendant is without knowledge to affirm or deny paragraph 58; therefore, Defendant denies paragraph 58.

59.     Defendant is without knowledge to affirm or deny paragraph 59; therefore, Defendant denies paragraph 59.

60.     Defendant denies ever sexually abusing plaintiff and denies plaintiff having any emotional or psychological harm. Defendant is without knowledge to affirm or deny the remainder of paragraph 60; therefore, Defendant denies paragraph 60.

61.     Defendant is without knowledge to affirm or deny paragraph 61; therefore, Defendant denies paragraph 61.

62.     Defendant is without knowledge to affirm or deny paragraph 62; therefore, Defendant denies paragraph 62.

63.     Defendant is without knowledge to affirm or deny paragraph 63; therefore, Defendant denies paragraph 63.

64.     Defendant is without knowledge to affirm or deny paragraph 64; therefore, Defendant denies paragraph 64.

65.     Defendant is without knowledge to affirm or deny paragraph 65; therefore, Defendant denies paragraph 65.

66.     Defendant is without knowledge to affirm or deny paragraph 66; therefore, Defendant denies paragraph 66.

67.     Defendant is without knowledge to affirm or deny paragraph 67; therefore, Defendant denies paragraph 67.

68.     Defendant is without knowledge to affirm or deny paragraph 68; therefore, Defendant denies paragraph 68.

69.     Defendant is without knowledge to affirm or deny paragraph 69; therefore, Defendant denies paragraph 69.

70.     Defendant is without knowledge to affirm or deny paragraph 70; therefore, Defendant denies paragraph 70.

71.     Defendant is without knowledge to affirm or deny paragraph 71; therefore, Defendant denies paragraph 71.

72.     Defendant is without knowledge to affirm or deny paragraph 72; therefore, Defendant denies paragraph 72.

73.     Defendant is without knowledge to affirm or deny paragraph 73; therefore, Defendant denies paragraph 73.

74.     Defendant is without knowledge to affirm or deny paragraph 74; therefore, Defendant denies paragraph 74.

75.     Defendant is without knowledge to affirm or deny paragraph 75; therefore, Defendant denies paragraph 75.

76.     Defendant is without knowledge to affirm or deny paragraph 76; therefore, Defendant denies paragraph 76.

77.     Defendant is without knowledge to affirm or deny paragraph 77; therefore, Defendant denies paragraph 77.

78.     Defendant is without knowledge to affirm or deny paragraph 78; therefore, Defendant denies paragraph 78

79.     Defendant denies paragraph 79.

80.     Defendant denies paragraph 80.

81.     Defendant denies paragraph 81.

82.     Defendant denies paragraph 82.

83.     Defendant denies paragraph 83, and incorporates Defendant's admissions and denials from prior and subsequent paragraphs.

84.     Defendant denies paragraph 84.

85. Defendant denies paragraph 85.

86. Defendant denies paragraph 86, and incorporates Defendant's admissions and denials from prior and subsequent paragraphs.

87. Defendant denies paragraph 87.

88. Defendant denies paragraph 88.

89. Defendant denies paragraph 89.

90. Defendant denies paragraph 90, and incorporates Defendant's admissions and denials from prior and subsequent paragraphs.

91. Defendant denies paragraph 91.

92. Defendant denies paragraph 92.

93. Defendant denies paragraph 93.

94. Defendant denies paragraph 94, and incorporates Defendant's admissions and denials from prior and subsequent paragraphs.

95. Defendant is without knowledge to affirm or deny paragraph 95; therefore, Defendant denies paragraph 95.

96. Defendant denies paragraph 96.

97. Defendant denies paragraph 97.

98. Defendant denies paragraph 98.

99. Defendant denies that any abuse took place, Defendant is without knowledge of paragraph of the remainder of paragraph 99; therefore, paragraph 99 is denied.

100. Defendant is without knowledge to affirm or deny paragraph 100; therefore, Defendant denies paragraph 100.

101. Defendant denies paragraph 101.

102.    Defendant is without knowledge to affirm or deny paragraph 102; therefore, Defendant denies paragraph 102.

103.    Defendant denies any sexual assault took place.  Defendant is without knowledge to affirm or deny the remainder of paragraph 103; therefore, Defendant denies paragraph 103.

104.    Defendant denies paragraph 104.

105.    Defendant denies paragraph 105.

106.    Defendant denies paragraph 106.

107.    Defendant denies paragraph 107 and incorporates Defendant's admissions and denials from prior and subsequent paragraphs.

108.    Defendant is without knowledge to affirm or deny paragraph 108; therefore, Defendant denies paragraph 108.

109.    Defendant denies paragraph 109.

110.    Defendant denies paragraph 110.

111.    Defendant denies paragraph 111.

112.    Defendant denies paragraph 112.

113.    Defendant denies paragraph 113.

114.    Defendant denies paragraph 114.

115.    Defendant denies paragraph 115.

116.    Defendant denies paragraph 116.

117.    Defendant is not required to affirm or deny paragraph 1-6 in Plaintiff's Prayer for Relief; however, insofar as Defendant is required to respond to such paragraphs, Defendant denies such paragraphs.

## AFFIRMATIVE DEFENSES

118.  Defendant is not liable for the claims asserted against defendant, in whole or in part, because plaintiff B.C. willingly participated in the horseplay on which this suit is based and shared the videos with classmates and thought they were funny.

119.  Defendant is not liable for the claims asserted against Defendant, in whole or in part, as Plaintiffs B.C. and D.K. each possessed the videos on which this lawsuit is based and each showed them to several people and causing the harm Plaintiffs claim in this lawsuit.

## MOTION FOR REDACTION

Defendant asserts that he should be referred to by the pseudonym 'N.G.' and that his name appearing in any and all pleadings should be redacted as Defendant was a minor at all relevant times and is a minor in the videos on which this suit is based and during the purported acts on which this suit is based.  Likewise, all references to Defendant's father by name should be redacted as well.  Additionally, Defendant's birthdate and address should be removed from the complaint and attachments thereto and any subsequent pleadings.  Defendant requests the Court strike Plaintiffs' pleadings should they fail to correct their past and any subsequent filings.

## PRAYER

Defendant prays that Plaintiff recover nothing from her suit, and that Defendant be awarded costs of Court and expenses as well as such other and further relief, both at law and in equity, to which he may be entitled.

Respectfully submitted,

FARRIS PARKER & HUBBARD
A Professional Corporation
P. O. Box 9620
Amarillo, TX 79105-9620
(806) 374-5317; FAX: 372-2107
cparker@pf-lawfirm.com


By          /s/ Chris D. Parker
            Chris D. Parker, SB# 15479100
            cparker@pf-lawfirm.com
            **Attorneys for Defendant N.G.**


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on the 15th day of March, 2023, upon the following counsel of record via the Northern District's electronic filing notification system:

Robert Y. Lewis
The Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001
robertlewis@marsh.law
        **Attorneys for Plaintiff**

J. Daren Brown
Stockard, Johnston, Brown, Netardus & Doyle, P.C.
1030 North Western
Amarillo, TX 79106
dbrown@sbjlawfirm.com
        **Attorneys for Plaintiff**


            /s/ Chris D. Parker
            Chris D. Parker