# SHERWOOD &SHERWOOD, P.C.

SCOTT SHERWOOD
scott@sherwoodtxlaw.com

CHO SHERWOOD
cho@sherwoodtxlaw.com

MARSHALL SHERWOOD
(1935-2008)

123 W. 3RD ST.
P.O. BOX 947
PANHANDLE, TEXAS 79068-0947

AREA CODE 806
TELEPHONE 537-3591
FACSIMILE 537-3592

April 22, 2024

Honorable Lee Ann Reno
U.S. District Court - Northern District, Amarillo Division
205 SE Fifth Avenue, Room 321
Amarillo TX 79101

re:    Cause No. 2:23-CV-00025-BR in the United States District Court for the Northern District of Texas Amarillo Division; *D.K., Individually and as Next Friend of B.C. vs. N.G., M.S, J.C., Ragan Watson, Individually and in his Official Capacity as a Coach of Perryton Independent School Distict and Perryton Independent School District*

Dear Judge Reno:

I am writing to report that this matter was mediated on April 18, 2024, and an agreement reached. I anticipate that the attorneys will prepare the order and associated documents and present the matter for the court's consideration in the near future.

I am available at the court's convenience if you should have any questions.

Respectfully,

Scott Sherwood

SS:mm
cc:    Robert Y. Lewis
       Slater Elza
       Janet Sobey Bubert
       Bailey Sapien
       Mark Chisholm
       Karl Tiger Hanner

       J. Daren Brown
       Fred Stormer
       Chris Parker
       Robert L. Craig, Jr.
       Walter L. Taylor